UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

_____

ANDREW GLAESER,

        Plaintiff,

v.

Case No.: 15-CV-17

K MART CORPORATION and LIFE
INSURANCE COMPANY OF NORTH
AMERICA,

        Defendants.

_____

**ORDER ON STIPULATION FOR EXTENSION OF TIME TO
FILE RESPONSIVE PLEADINGS**
_____

      THE COURT, having reviewed the foregoing stipulation of counsel, it is hereby ordered that defendants K Mart Corporation and Life Insurance Company of North America may have an enlargement of time until December 11, 2015 to file their answer or other responsive pleadings.

Dated: November 7, 2015.                         BY THE COURT:

                                                      s/ Lynn Adelman
                                                      Honorable Lynn Adelman
                                                      United States District Court Judge